*JOSEPH ELSAS, plaintiff in error, *vs.* J. B. MOORE, defendant in error.

[*No reports or opinions are published in this and the following cases, in accordance with the provisions of act of March 2d, 1875.] (R.)

JOHN H. WALKER *et al.*, plaintiffs in error, *vs.* JAMES A. MILLER, administrator, *et al.*, defendants in error.

NOBLE BROTHERS & COMPANY, plaintiffs in error, *vs.* P. H. LOUD, defendant in error.

THE GEORGIA RAILROAD AND BANKING COMPANY, plaintiff in error, *vs.* JOHN M. ZACHRY, defendant in error.

JERRY UFFORD, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

MONROE HAMPTON, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

The discretion of the court below, exercised in granting or refusing a new trial, will not be controlled unless manifestly abused.